**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00223-CR**
_____

**IN RE MICHAEL HANCOCK**

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

Michael Hancock filed a petition for writ of mandamus to compel the trial court to correct the Penal Code section number on two judgments by issuing judgments nunc pro tunc. The trial court signed judgments nunc pro tunc after Hancock filed his mandamus petition. Nunc pro tunc judgments are appealable orders. *Blanton v. State*, 369 S.W.3d 894, 904 (Tex. Crim. App. 2012). "If an adequate remedy at law is available in the form of an appeal, it is an abuse of discretion to grant mandamus relief." *Alvarez v. Eighth Court of Appeals of Tex.*, 977 S.W.2d 590, 592 (Tex. Crim. App. 1998). Therefore, the petition for writ of mandamus is denied.

1

PETITION DENIED.

PER CURIAM

Submitted on July 10, 2014
Opinion Delivered July 24, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.